OFFICE OF DISCIPLINARY COUNSEL *v.* BUTLER.

[Cite as *Disciplinary Counsel v. Butler* (1999), 85 Ohio St.3d 1.]

(No. 98–2212—Submitted December 16, 1998—Decided March 3, 1999.)

*Jonathan E. Coughlan*, Disciplinary Counsel, and *John K. McManus*, Assistant Disciplinary Counsel, for relator.

*Kegler, Brown, Hill & Ritter* and *Geoffrey Stern*, for respondent.

---

***Per Curiam.*** We adopt the board's findings, conclusions, and recommendation. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.